IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

PATRICIA CHATMAN, )
)
Plaintiff, )
)
v. ) CV 314-077
)
CAROLYN W. COLVIN, Acting )
Commissioner of Social Security )
Administration, )
)
Defendant. )

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **AFFIRMS** the Acting Commissioner's final decision, **CLOSES** this civil action, and **DIRECTS** the Clerk to enter final judgment in favor of the Acting Commissioner.

SO ORDERED this 28th day of Dec, 2015, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE